```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 33155
    LASHANDRA COKLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4170


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
CHICAGO MUNICIPAL EMPLOY   SECURED            9251.00       1340.10       6899.30
NATIONWIDE                 SECURED NOT I   NOT FILED            .00           .00
NATIONWIDE                 UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED          800.87            .00           .00
CAPITAL ONE                UNSECURED          871.65            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
FOCUS RECEIVABLES          UNSECURED       NOT FILED            .00           .00
RIO RESOUCES               UNSECURED       NOT FILED            .00           .00
COMCAST                    UNSECURED       NOT FILED            .00           .00
SONIC PAYDAY COM           UNSECURED       NOT FILED            .00           .00
ACA RECOVERY INC           UNSECURED       NOT FILED            .00           .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED            .00           .00
ACA RECOVERY INC           UNSECURED       NOT FILED            .00           .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED            .00           .00
OMS                        UNSECURED       NOT FILED            .00           .00
CINGULAR WIRELESS          UNSECURED          497.24            .00           .00
CHICAGO MUNICIPAL EMPLOY   UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS            UNSECURED       NOT FILED            .00           .00
PAYDAY LOAN                UNSECURED       NOT FILED            .00           .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED          464.00            .00           .00
CITIBANK                   UNSECURED       NOT FILED            .00           .00
CHARTER ONE BANK           UNSECURED       NOT FILED            .00           .00
JEWEL FOOD STORE           UNSECURED       NOT FILED            .00           .00
US DEPT OF EDUCATION       UNSECURED         21318.29           .00           .00
ER SOLUTIONS               UNSECURED       NOT FILED            .00           .00
CINGULAR WIRELESS          UNSECURED          389.66            .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         560.60
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 33155 LASHANDRA COKLEY
```

```
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   8,800.00

PRIORITY                                              .00
SECURED                                          6,899.30
    INTEREST                                     1,340.10
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                              560.60
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                    8,800.00               8,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/24/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 05 B 33155 LASHANDRA COKLEY